UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 20-cv-61343-RKA

FELIX A. BARRAZA, and other similarly situated individuals,

        Plaintiff(s),

v.

MITO'S USA LLC, *et al.*,

        Defendant(s).

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, FELIX A. BARRAZA, ("Plaintiff"), through his undersigned attorney, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal with Prejudice, as a result of settlement. Each party agrees to bear its/his own attorney's fees and costs incurred in this case.[1]

Dated: July 22, 2020.

Respectfully submitted,

**Tanesha W. Blye**
Tanesha Walls Blye (FBN: 0738158)
E-mail: tblye@saenzanderson.com

SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

---

[1] After being advised of settlement during Status Conference held on July 21, 2020, this Court entered an Administrative Order closing this case on July 22, 2020. (D.E. 14)