UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61343-CIV-ALTMAN/Hunt

**FELIX A. BARRAZA**,

    *Plaintiff*,

v.

**MITO'S USA, LLC** *and*
**CHAIBEN ELIAS KURY**,

    *Defendants*.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Plaintiff's Voluntary of Dismissal with Prejudice [ECF No. 15]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record